UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In the Matter of the Application of

JOSEPH LAGANI,                                      Case No.: 1:23-cv-00820

                Petitioner,

                                                                                   **NOTICE OF EXHIBIT**

against-

ADWANTED USA, INC.,

                Respondent
-------------------------------------------------------X

**NOTICE**

**PLEASE TAKE NOTICE** that attached hereto are Exhibits A and B to Petitioner's Petition to Confirm Arbitration Award filed in the above captioned case.

Dated: February 1, 2023

| BROWN RUDNICK LLP | REITLER KAILAS & ROSENBLATT LLP |
|---|---|
| By:  s/ Geoffrey Coll | By:   s/ Jack McKay |
| Geoffrey H. Coll | Jack P. McKay |
| Brown Rudnick LLP | Reitler Kailas & Rosenblatt LLP |
| 601 13th Street, NW, Suite 600 | 800 Third Avenue |
| Washington, DC 20005 | New York, New York 10022 |
| (202) 536-1736 | (212) 209-3050 |
| | *Attorneys for Petitioner* |