UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOSEPH LAGANI,                                                   :
                                                                 :
                           Petitioner,                           :
                                                                 :   23 Civ. 820 (JPC)
                -v-                                              :
                                                                 :   ORDER
ADWANTED USA, INC.,                                              :
                                                                 :
                                                                 :
                           Respondent.                           :
                                                                 :
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Petition to Confirm Arbitration in this action was filed on January 31, 2023. Dkt. 1. Respondent has not appeared in this action, and the docket does not reflect whether Respondent has been served. Pursuant to 9 U.S.C. § 9,

> Notice of the application [to confirm the arbitration award] shall be served upon the adverse party, and thereupon the court shall have jurisdiction of such party as though he had appeared generally in the proceeding. If the adverse party is a resident of the district within which the award was made, such service shall be made upon the adverse party or his attorney as prescribed by law for service of notice of motion in an action in the same court. If the adverse party shall be a nonresident, then the notice of the application shall be served by the marshal of any district within which the adverse party may be found in like manner as other process of the court.

    Therefore, Petitioner is directed to file a status letter with the Court by May 19, 2023 stating whether Respondent has been served in accordance with 9 U.S.C. § 9.

    SO ORDERED.

Dated: May 12, 2023
       New York, New York

                                            JOHN P. CRONAN
                                        United States District Judge